UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:  CASE NO. 08-11929

GENERALD O'KEITH SNOWTON and
DONYA D. SNOWTON  SECTION "B"
 DEBTORS
 CHAPTER 13

U.S. BANK, N.A.
 MOVER

## *ADEQUATE PROTECTION ORDER*

This matter was set for hearing on July 15, 2009, continued to August 19, 2009 and October 7, 2009, on a Motion to Lift Stay filed on behalf of U.S. BANK, N.A. ("MOVER") **(P-60)**, a secured creditor herein.

Considering the agreement of MOVER and DEBTORS, through their attorneys of record, as indicated by their respective signatures; The DEBTORS agree that the total post-petition reinstatement amount is $5,595.70.

IT IS ORDERED that:

1. DEBTORS must within fifteen (15) days from October 7, 2009 file a "Mendoza" modification to provide for the post-petition arrears in the amount of **$5,595.70** for the January, 2009 through October, 2009, which figure also includes attorney fees and court costs.

2. In the event the DEBTORS fail to take the action set forth in Paragraph 1 or to make any future monthly payment, commencing with the **November 1, 2009** payment within 30 days of its due date or should any check be returned "NSF," the DEBTORS agree that MOVER may obtain an ex parte order relief from the automatic stay presently in effect pursuant to 11 U.S.C. Section 362 with regard to this Chapter 13 proceeding and also as to any Chapter 7 or 11 case this matter might be converted to, and allowing attorneys fees incurred in relation thereto, permitting MOVER to foreclose on its security interest in the following described property located in Jefferson Parish, Louisiana and if necessary, to evict DEBTORS from said property:

A CERTAIN PIECE OR PORTION OF GROUND, TOGETHER WITH ALL THE BUILDINGS AND IMPROVEMENTS THEREON, AND ALL OF THE RIGHTS, WAYS, PRIVILEGES, SERVITUDES, ADVANTAGES AND APPURTENANCES THEREUNTO BELONGING OR IN ANYWISE APPERTAINING, SITUATED IN THE PARISH OF JEFFERSON, STATE OF LOUISIANA, IN THE VILLAGE OF MARRERO, IN THAT PART KNOWN AS MEYER'S SUBDIVISION (FORMERLY KNOWN AS AMES FARMS), IN SQUARE TWO(2) THEREOF, WHICH PORTION OF GROUND IS DESIGNATED AS LOT3-A ON A PLAT OF SURVEY BY ERROL E. KELLY, SURVEYOR, DATED NOVEMBER 2, 1963, REDATED JULY 28, 1965, BEING A SALE BY ALMA SAVOIE, WIFE OF, AND CIDIBORNE J. BREAUX, JR. TO JEFFERSON SAVINGS & LOAN ASSOCIATION REGISTERED IN COB, FOLIO, ACCORDING TO WHICH, SAID LOT3-A COMMENCES AT A DISTANCE OF 270 FEET 8 INCHES 5 LINES (270'8"5"') FROM THE CORNER OF MEYERS BOULEVARD AND JEFFERSON HIGHWAY, AND MEASURES THENCE 45 FEET FRONT ON MEYERS BOULEVARD, SAME WIDTH IN THE REAR, BY A DEPTH OF 147.25 FEET, BETWEEN EQUAL AND PARALLEL LINES AND IS COMPOSED OF THE WHOLE OF LOT 3, SQUARE 2 OF MEYERS SUBDIVISION AND THE ADJOINING ONE HALF (1/2) OF LOT 2, SQUARE 2 OF MEYERS SUBDIVISION.

AND ACCORDING TO A SURVEY BY WILTON J. DUFRENE, LAND SURVEYOR, DATED OCTOBER 3, 1984, SAID LOT HAS THE SAME DESIGNATION AND MEASUREMENTS AND IS SITUATED IN THE SAME PARISH, SUBDIVISION AND SQUARE AS ABOVE SET FORTH, WHICH IS BOUNDED BY MEYERS BOULEVARD, FOURTH STREET (JEFFERSON HIGHWAY), WEST BOUNDARY OF SUBDIVISION AND HOLLIFIELD DRIVE (SIDE).

Improvements thereon having a municipal address of 418 Meyers Blvd., Marrero, LA 70072.

New Orleans, Louisiana, September 2, 2009.

_____
Jerry A. Brown
U.S. Bankruptcy Judge


SUBMITTED BY:
/s/ Jacob S. Edwards
JACOB S. EDWARDS (#30492)
Attorney for Mover
The Boles Law Firm
P. O. Drawer 2065
Monroe, LA 71207-2065

/s/ Claude C. Lightfoot, Jr.
CLAUDE C. LIGHTFOOT, JR. (# 17989)
Attorney for Debtor
424 Gravier Street, Suite 307
Metairie, LA 70130